FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>                  Plaintiff,<br>v.<br><br>THE ESTATE OF MICHAEL GEORGE LINERUD, and KRISTY ANN LINERUD,<br><br>                  Defendants. | NO: 2:19-CV-295-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41, ECF No. 5. Having reviewed the Motions and the record, the Court finds good cause to grant dismissal. Accordingly,

**IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 4**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **without prejudice** and without costs to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** December 16, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2